Document Number 0371    Case Number 06-C-0269-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
06/28/2007 09:27:16 AM CDT

# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| WILLIAM F. WEST, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 06-C-269-C |
| v. | |
| MATTHEW FRANK, RICHARD SCHNEITER, GERALD BERGE, VICKI SEBASTIAN, BRADLEY ASPENSON, TIMOTHY LAXTON and LEONARD JOHNSON, | |
| Defendants. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
by Deputy Clerk

6/28/07
_____
Date